IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **MICROLOG CORP.,** | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 6:10-CV-260-LED |
| V. | § § | |
| | § | JURY TRIAL DEMANDED |
| **CONTINENTAL AIRLINES, INC.,** *et al.*, | § § | |
| *Defendants.* | § | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, Microlog Corporation and defendant Ford Motor Company, (collectively, the "Parties") pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**LICENSE AND SETTLEMENT AGREEMENT**" and dated April 22, 2011, with each party to bear its own costs, expenses and attorneys' fees.

                                                                  Respectfully Submitted,

                                                                  Eric M. Albritton
                                                                 Texas Bar No. 00790215
                                                                ema@emafirm.com
                                                                Stephen E. Edwards
                                                                Texas Bar No. 00784008
                                                                see@emafirm.com
                                                                ALBRITTON LAW FIRM
                                                                P.O. Box 2649
                                                                Longview, Texas 75606
                                                                Telephone: (903) 757-8449
                                                                Facsimile: (903) 758-7397

T. John Ward, Jr.
State Bar No. 00794818
jw@wsfirm.com
Wesley Hill
State Bar No. 24032294
wh@wsfirm.com
Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
Telephone:  (903) 757-6400
Facsimile: (903) 757-2323

Jay D Ellwanger
Texas State Bar No. 24036522
jellwanger@dpelaw.com
Raymond William Mort , III
Texas State Bar No. 00791308
rmort@dpehlaw.com
Stefanie Tina Scott
sscott@dpelaw.com
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, TX 78731
Telephone:  (512) 539-2626
Facsimile: (512) 539-2627

***Counsel for Microlog Corporation***


Respectfully submitted,

*/s/ Michael E. Jones (with permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, P.C.
110 N. College, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-8311
Facsimile: (903) 593-0846

>Matthew J. Moore
>matthew.moore@lw.com
>Maximilian A. Grant
>max.grant@lw.com
>Michael David
>michael.david@lw.com
>LATHAM &WATKINS LLP
>555 Eleventh Street, N.W.
>Suite 1000
>Washington, DC 20004-1304
>Telephone:  (202) 637-2200
>Facsimile: (202) 637-2201
>
>Dale Chang
>dale.change@lw.com
>LATHAM &WATKINS LLP
>355 S. Grand Avenue
>Los Angeles, CA 90071-1560
>Telephone:  (213) 485-1234
>Facsimile: (213) 891-8763
>
>***Attorneys For Defendant And Counterclaim-Plaintiff Ford Motor Company***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of April 2011.

_____
Eric M. Albritton