**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Microlog Corp., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:10-CV-260 |
| Continental Airlines, Inc., et al., | § | |
| | § | |
| Defendants. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, **Microlog Corporation**, and defendants **Aetna Health Inc.** and **Aetna Health Management LLC ("Aetna")**, **Genworth Financial Agency, Inc.** and **Genworth Financial, Inc. (Genworth Financial Agency, Inc. and Genworth Financial, Inc. collectively, along with their subsidiaries and affiliates, are called "Genworth"), and/or Mashantucket Pequot Gaming Enterprise, Inc. d/b/a Foxwood Resort Casino ("Mashantucket")** in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, **Microlog Corporation**, and defendants, **Aetna, Genworth, and Mashantucket** are hereby dismissed with prejudice, except that in any future litigation **Aetna, Genworth, and Mashantucket** will not be precluded or estopped from raising any defenses or counterclaims, including but not limited to invalidity and/or enforceability, that they have or could have raised in this Litigation.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**