IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICROLOG CORP., | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:10-CV-260-LED |
| V. | § § | |
| | § | JURY TRIAL DEMANDED |
| CONTINENTAL AIRLINES, INC., *et al.*, | § § | |
| Defendants. | § | |

### ORDER

Plaintiff Microlog Corp.'s Unopposed Motion for Extension of Time to Respond to Defendant Chevron U.S.A. Inc.'s Motion for Partial Summary Judgment (Dkt. No. 342) shall be, and hereby is, GRANTED. The deadline for Plaintiffs to respond to Defendant Chevron U.S.A. Inc.'s Motion for Partial Summary Judgment (Dkt. No. 342) is extended to August 8, 2011.

**So ORDERED and SIGNED this 10th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**