IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **MICROLOG CORP.,** | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 6:10-CV-260-LED |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **CONTINENTAL AIRLINES, INC.,** *et al.*, | § § | |
| *Defendants*. | § | |

### ORDER

Microlog Corp.'s Unopposed Motion for Extension of Time to Respond to Defendant The Timberland Company's Motion for Partial Summary Judgment of Non-Infringement shall be, and hereby is, GRANTED. The deadline for Plaintiffs to respond to Defendant The Timberland Company's Motion for Partial Summary Judgment of Non-Infringement (Dkt. No. 388) is extended to October 20, 2011.

So ORDERED and SIGNED this 14th day of October, 2011.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE