## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## TYLER DIVISION

| | | |
|---|---|---|
| MICROLOG CORP., | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 6:10-CV-260-LED |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| CONTINENTAL AIRLINES, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, **Microlog Corporation**, and defendant, **Chevron U.S.A. Inc.,** in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, **Microlog Corporation**, and defendant, **Chevron U.S.A. Inc.,** are hereby dismissed with prejudice, except that in any future litigation **Chevron U.S.A. Inc.** will not be precluded or estopped from raising any defenses or counterclaims, including but not limited to invalidity and/or enforceability, that they have or could have raised in this Litigation.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 21st day of November, 2011.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**