IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Microlog Corp., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 6:10-CV-260 |
| Continental Airlines, Inc., et al., | § § | |
| Defendants. | § § § | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Agreed Motion to Dismiss With Prejudice where Third-Party Plaintiff La Quinta Corporation ("La Quinta") and Third-Party Defendant eGain Communications Corp. ("eGain") announced to the Court that La Quinta has settled its claims for relief asserted in this case, the Court is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against eGain by La Quinta are dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated February 15, 2012.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 6th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**